UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATON CENTER, INC., a California corporation, | Case No.:  20-cv-496-WQH-BGS |
| Plaintiff, | **ORDER** |
| v. | |
| BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA, a corporation; and DOES 1 through 10, inclusive, | |
| Defendant. | |

HAYES, Judge:

IT IS HEREBY ORDERED that the Joint Motion to Dismiss Entire Action with Prejudice is granted. (ECF No. 40). This action is dismissed in its entirety with prejudice, with each party to bear its own costs and fees. The Clerk of the Court shall close the case.

Dated:  April 7, 2022

Hon. William Q. Hayes
United States District Court

1